# JacksonLewis

Yvonne.Maddalena@jacksonlewis.com
Direct Dial: 205-332-3118

Jackson Lewis P.C.
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham Alabama 35209
(205) 332-3100 Direct
(205) 332-3131 Fax
jacksonlewis.com

July 28, 2021

Ms. Debra Hackett
Clerk of Court
United States District Court
for the Middle District of Alabama
1 Church Street
Montgomery, Alabama 36104

    Re:   *Danzey v. Mondelez International*
           Case No. 1:19-cv-1027-ECM

Dear Ms. Hackett:

We write in response to your July 27, 2021 letter regarding the above-referenced matter and Chief Judge Marks's discovery of her ownership in the stock of the defendant. This matter was settled between the parties and neither party seeks any relief or disqualification as a result of this disclosure.

Should you have any questions or require any additional information, please let us know. Thank you very much.

Very truly yours,

*Reginald McDaniel*
(w/permission)
Reginald McDaniel
Attorney for Plaintiff

*Yvonne Neris Maddalena*
Yvonne N. Maddalena
Attorney for Defendant